**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JAMES RIVER INSURANCE COMPANY,

              Plaintiff,                             CASE NO:

v.

R.I.C., INC., AMANI FISHER, DARRELL
GREEN, TWANISE FRAGER, AHMAD
FORBES,  TAMMIE ANDERSON and
ALEXIS VALLON, as Co-Personal
Representatives of the Estate of Clayton L.
Dillard, III, DANECKA SMITH, as Parent
and Natural Guardian of K.S., KAHLIL
CLARK, DARRIUS COLBERT, Jr., TEVIN
ESTY-LAMBERT, CHARLENE
MICHELLE PETERSON, as Personal
Representative of the Estate of Shaniqua
Peterson, JORDAN KENNETH WHITE,
CIREH CA'XIAIRA-SHANNEROLY
COLLINS, FRANK WILLIAMS,
KA'DEDRA THOMAS, YALONDA
VENTURA, as Personal Representative of
the Estate of Desmond Eugene Owens,
CHARLES TYQUAN HAMPTON,
DENNIS BERNARD ALLEN, Jr., and
MARQUIS BUCKNER,

              Defendants.

_____/

## COMPLAINT

JAMES RIVER INSURANCE COMPANY ("James River") files suit against R.I.C., INC.

("RIC"), AMANI FISHER, DARRELL GREEN, TWANISE FRAGER, AHMAD FORBES,

TAMMIE ANDERSON and ALEXIS VALLON, as Co-Personal Representatives of the Estate

of Clayton L. Dillard, III, DANECKA SMITH, as Parent and Natural Guardian of K.S., KAHLIL

CLARK, DARRIUS COLBERT, Jr., TEVIN ESTY-LAMBERT, CHARLENE MICHELLE

PETERSON, as Personal Representative of the Estate of Shaniqua Peterson, JORDAN

KENNETH WHITE, CIREH CA'XIAIRA-SHANNEROLY COLLINS, FRANK WILLIAMS, KA'DEDRA THOMAS, YALONDA VENTURA, as Personal Representative of the Estate of Desmond Eugene Owens, CHARLES TYQUAN HAMPTON, DENNIS BERNARD ALLEN, Jr., and MARQUIS BUCKNER (collectively, "Underlying Claimants"), and alleges:

## NATURE OF THE ACTION

1.      This is an insurance coverage action seeking declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 to determine James River's coverage obligations for a shooting incident under an insurance policy with an Assault and Battery Limits Endorsement.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §1332 because there is complete diversity of citizenship between the plaintiff and the defendants, and the amount in controversy exceeds $75,000, exclusive of attorney's fees and costs.

3.      Venue is proper in this district because the underlying lawsuit is pending in this district and "a substantial part of the events … giving rise to the claim occurred in this district." *See* 28 U.S.C. § 1391(b)(2).

4.      All conditions precedent occurred, were performed, or were waived.

## THE PARTIES

5.      James River is an Ohio corporation with its principal place of business in Virginia.

6.      RIC is a Florida corporation with its principal place of business in Miami, Florida.

7.      Amani Fisher is a Florida citizen.

8.      Darrell Green is a Florida citizen.

9.      Twanise Frager is a Florida citizen.

10.     Ahmad Forbes is a Florida citizen.

11.     Decedent, Clayton L. Dillard, III, was a citizen of Florida at the time of the underlying shooting incident. Accordingly, Tammie Anderson and Alexis Vallon, as Co-Personal Representatives of the Estate of Clayton L. Dillard, III, are deemed Florida citizens.

12.     Minor child, K.S., is a Florida citizen. Accordingly, Danecka Smith, as parent and natural guardian of her minor child K.S., is deemed a Florida citizen.

13.     Kahlil Clark is a Florida citizen.

14.     Darrius Colbert, Jr., is a Florida citizen.

15.     Tevin Esty-Lambert is a Florida citizen.

16.     Decedent, Shaniqua Peterson, was a citizen of Florida at the time of the underlying shooting incident. Accordingly, Charlene Michelle Peterson, as Personal Representative of the Estate of Shaniqua Peterson, is deemed a Florida citizen.

17.     Jordan Kenneth White is a Florida citizen.

18.     Cireh Ca'Xiaira-Shanneroly Collins is a Florida citizen.

19.     Frank Williams is a Florida citizen.

20.     Ka'dedra Thomas is a Florida citizen.

21.     Decedent, Desmond Eugene Owens, was a citizen of Florida at the time of the underlying shooting incident. Accordingly, Yalonda Ventura, as Personal Representative of the Estate of Desmond Eugene Owens, is deemed a Florida citizen.

22.     Charles Tyquan Hampton is a Florida citizen.

23.     Dennis Bernard Allen, Jr., is a Florida citizen.

24.     Marquis Buckner is a Florida citizen.

## BACKGROUND

**A.**     **The Underlying Lawsuits**

25.     RIC owns a commercial shopping center located in Miami, Florida, commonly known as the County Club Shopping Center.

26.     RIC leased out a commercial unit at the County Club Shopping Center to El Mula Banquet Hall, LLC ("El Mula").

27.     On 05/30/2021, a crowd of people standing outside of El Mula's banquet hall were shot.

28.     Ultimately, three people were killed and numerous others sustained injuries during the shooting.

29.     As a result of the shooting, the Underlying Claimants filed the following four lawsuits against RIC in the Circuit Court for Miami-Dade County, Florida (the "Underlying Lawsuits"):

- *John'Trell Love; Amani Fisher; Darrell Green; Twanise Frager; Ahmad Forbes; Tammie Anderson and Alexis Vallon, as co-personal representatives of the Estate of Clayton Dillard, III; Danecka Smith, as legal guardian of K.S.; Khalil Clark; Antonio Jones, Jr.; Darrius Colbert; Tevin Esty-Lambert; Charlene Michelle Peterson, as personal representative of Shankquia Peterson; Jordan Kenneth White; Cireh Ca'Xiaira-Shanneroly Collins; Frank Williams; & Ka'Dedra Elaine Thomas v. RIC, Inc., et al.*, 2021-020937-CA-01.[1] *See* Second Am. Compl., attached as Exhibit "A."

- *Yalonda Ventura, as personal representative of the Estate of Desmond Eugene Owens, Sr., v. RIC, Inc., et al.*, 2022-013763-CA-01. *See* Compl., attached as Exhibit "B."

- *Dennis Bernard Allen Jr., & Charles Tyquan Hampton v. RIC, Inc., et al.*, 2022-000810-CA-01. *See* Compl., attached as Exhibit "C."

- *Marquis Buckner v. RIC, Inc., et al.*, 2022-008676-CA-01. *See* Compl., attached as Exhibit "D."

---

[1] Plaintiffs John'Trell Love and Antonio Jones, Jr., have dismissed their claims against RIC with prejudice.

B.      **The James River Policy**

30.     James River issued a Commercial General Liability Policy to RIC as the Named

Insured, bearing Policy No. 00077011-4, and effective 04/29/2021 to 04/29/2022 (the "Policy").

A copy of the Policy is attached as Exhibit "E."

31.     The Policy includes limits of insurance of $1,000,000 each occurrence and

$2,000,000 aggregate.

32.     The principal coverage form, CG 00 01 12 07, provides in pertinent part as follows:

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE**

1.      **Insuring Agreement**

    a.      We will pay those sums that the insured becomes legally obligated to pay
as damages because of "bodily injury" or "property damage" to which
this insurance applies. We will have the right and duty to defend the
insured against any "suit" seeking those damages. However, we will have
no duty to defend the insured against any "suit" seeking damages for
"bodily injury" or "property damage" to which this insurance does not
apply. …

    b.      This insurance applies to "bodily injury" and "property damage" only if:
…

        (1)     The "bodily injury" or "property damage" is caused by an
"occurrence" that takes place in the "coverage territory"; …

**SECTION V – DEFINITIONS** …

13.     "Occurrence" means an accident, including continuous or repeated exposure to
substantially the same general harmful conditions. …

(Ex. E, 7, 20.)

33.     The Policy also includes the following Assault and Battery Limits of Liability

Endorsement (the "A&B Sublimit") (Form No.: AP2045US 04-11):

**ASSAULT & BATTERY LIMITS OF LIABILITY ENDORSEMENT –
DEFENSE WITHIN LIMITS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE

LIQUOR LIABILITY COVERAGE

## SCHEDULE

| Applicable Coverage Forms:<br>☒ Commercial General Liability Coverage Form<br>☐ Liquor Liability Coverage Form | Limits of Insurance | |
|---|---|---|
| | Each Occurrence or Common Cause Limit | $25,000 |
| | Aggregate Limit | $50,000 |

A. The amounts shown in the above SCHEDULE are the most we will pay for "claims expense" and those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" arising out of, resulting from, or in connection with:

1. Assault or battery, whether or not caused or committed by or at the instructions of, or at the direction of or negligence of you, any insured, any person, or any causes whatsoever;
2. The failure by you, any insured or any person to suppress or prevent an assault or battery;
3. The failure to provide an environment safe from assault or battery, including but not limited to the failure to provide adequate security, or the failure to warn of the dangers of the environment which could contribute to assault or battery;
4. The negligent employment, investigation, hiring, supervision, training, or retention of any person;
5. The use of any force to protect persons or property whether or not the "bodily injury", "property damage" or "personal and advertising injury" was intended from the standpoint of the insured or committed by or at the direction of the insured;
6. The failure to render or secure medical treatment or care necessitated by any assault or battery.

Assault includes, but is not limited to, assault, sexual abuse, sexual assault, intimidation, sexual harassment, verbal abuse, and any threatened harmful or offensive contact between two or more persons, whether or not caused or committed by or at the instructions of, or at the direction of or negligence of You, any insured, any person, or any causes whatsoever.

Battery includes, but is not limited to, battery, sexual abuse, sexual battery, sexual molestation, and any actual harmful or offensive contact between two or more persons, whether or not caused or committed by or at the instructions of, or at the direction of or negligence of You, any insured, any person, or any causes whatsoever.

B. The Limits of Insurance listed in the above SCHEDULE are not in addition to the Limits of Insurance shown in the Commercial General Liability Declarations or the Liquor Liability Declarations, but specifically limit the Limits of Insurance shown in the Commercial General Liability Declarations and the Liquor Liability Coverage Declarations.

6

Any "claims expense" arising from any claim or "suit" to which this endorsement applies and incurred by us shall be included within the Limits of Insurance in the above SCHEDULE and shall not be paid in addition to such Limits of Insurance.  Our duty to defend any claim or "suit" or to pay any settlement or judgment or defense costs ends after we have paid our applicable Limits of Insurance as forth in the above SCHEDULE.  All "claims expense" shall first be subtracted from the Limits of Insurance with the remainder, if any, being the amount available to pay damages.  If the applicable Limit of Insurance is exhausted by the payment of settlements, judgments, awards and/or defense costs prior to final settlement, judgment or award, we shall have the right to withdraw from any further defense by tendering control of the defense of the "suit" to you.  Any payments made under **SUPPLEMENTARY PAYMENTS – COVERAGE A AND B** will reduce the Limits of Insurance.

C.   "Claims expense" shall include investigations, adjustment and legal expense, interests and fees, including court costs and premiums on bonds. "Claims expense" does not include salary charges of regular employees of the Company. …

(Ex. E, 37-38.)

## C.   Exhaustion of the Policy by Settlement of Shaniqua Peterson's claim

34.   On 06/23/2022, counsel for claimant Charlene Michelle Peterson, as Personal Representative of the Estate of Shaniqua Peterson ("Peterson"), sent a letter to James River demanding payment of the Policy's $50,000 A&B Sublimit.

35.   James River accepted the settlement offer and accordingly tendered a $50,000 settlement check to Peterson's counsel.

## COUNT I – DECLARATORY JUDGMENT THAT THE AB SUBLIMIT APPLIES

36.   James River incorporates preceding paragraphs 1 through 35 as though fully restated herein.

37.   The A&B Sublimit applies to any claim or lawsuit for bodily injury because of the underlying shooting incident, including the Underlying Lawsuits.

38.   Under the A&B Sublimit, coverage is limited to $50,000 for all claims, including attorney's fees and defense costs, which erode the $50,000 limit.

39.   James River accordingly seeks a declaration that the Policy's aggregate limit of $2,000,000 is reduced to $50,000 for the Underlying Lawsuits as set forth in the A&B Sublimit.

40.     James River also seeks a declaration that, once the $50,000 policy limit is exhausted by either defense, indemnity or other costs as specified in the A&B Sublimit, James River has no further obligation to defend or indemnify RIC in connection with the Underlying Lawsuits.

**COUNT II – DECLARATORY JUDGMENT THAT
THE JAMES RIVER POLICY IS EXHAUSTED**

41.     James River incorporates preceding paragraphs 1 through 35 as though fully restated herein.

42.     The A&B Sublimit applies to any claim or lawsuit for bodily injury because of the underlying shooting incident, including the Underlying Lawsuits.

43.     Under the A&B Sublimit, coverage is limited to $50,000 for all claims, including attorney's fees and defense costs, which erode the $50,000 limit.

44.     All coverage under the Policy was exhausted by James River's settlement payment of the $50,000 A&B Sublimit for Peterson's claim.

45.     Accordingly, James River has no duty to defend or indemnify RIC in connection with the Underlying Lawsuits.

**WHEREFORE**, James River respectfully requests this Court:

a.     Take jurisdiction and adjudicate the rights of the parties under the Policy;

b.     Declare that the total available coverage for the Underlying Lawsuits is subject to the Policy's $50,000 A&B Sublimit;

c.     Declare that the Policy has been exhausted by James River's $50,000 settlement payment to Peterson's claim;

d.     Declare that James River has no duty to defend or indemnify RIC in the Underlying Lawsuits;

e.     Award James River all costs it incurred to prosecute this action; and

f.     All other relief that this Court deems equitable, just and proper.

Dated: August 4, 2023

Respectfully submitted,

/s/ Junaid N. Savani
ERIC A. HILLER
Florida Bar No. 27920
eric.hiller@kennedyslaw.com
JUNAID N. SAVANI
Florida Bar No. 88816
junaid.savani@kennedyslaw.com

Kennedys CMK LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1300
Miami, FL 33131
T: 305.371.1111
Counsel for Plaintiff,
James River Insurance Company

JS 44   (Rev. 04/21)  FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* <mark>NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.</mark>

**I. (a)   PLAINTIFFS**

James River Insurance Company

**DEFENDANTS**

R.I.C., Inc., et al.

**(b)**   County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Miami-Dade
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
Eric A. Hiller and Junaid N. Savani
Kennedys CMK LLP, 1111 Brickell Ave., Ste. 1300
Miami, FL 33131    T: 305-371-111

Attorneys *(If Known)*

**(d)** Check County Where Action Arose:  ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

## II.  BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government<br>Plaintiff | ☐ 3   Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government<br>Defendant | ☑ 4   Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*                                  and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL PROPERTY** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | **RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | | | ☐ 830 Patent | ☐ 470 Racketeer Influenced |
| Student Loans | ☐ 340 Marine | ☐ 368 Asbestos Personal | | ☐ 835 Patent – Abbreviated | and Corrupt Organizations |
| (Excl. Veterans) | | Injury Product Liability | | New Drug Application | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | | | ☐ 840 Trademark | (15 USC 1681 or 1692) |
| of Veteran's Benefits | Liability | **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | Act of 2016 | Protection Act (TCPA) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | | | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 380 Other Personal | | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 360 Other Personal | Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | Exchange |
| | Injury | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | Med. Malpractice | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Leave Act | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to  Vacate | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or | Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | Defendant) | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC | State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | | 7609 | |
| | Employment | **Other:** | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | Actions | | |
| | | ☐ 560 Civil Detainee – | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN  *(Place an "X" in One Box Only)*

☑ 1  Original
Proceeding
☐ 2  Removed
from State
Court
☐ 3  Re-filed
(See VI
below)
☐ 4  Reinstated
or
Reopened
☐ 5  Transferred from
another district
*(specify)*
☐ 6  Multidistrict
Litigation
Transfer
☐ 7  Appeal to
District Judge
from Magistrate
Judgment
☐ 8  Multidistrict
Litigation
– Direct
File
☐ 9  Remanded from
Appellate Court

**VI.  RELATED/
RE-FILED CASE(S)**     (See instructions): a) Re-filed Case ☐YES ☐NO          b) Related Cases ☐YES ☐ NO

JUDGE:                                                       DOCKET NUMBER:

**VII.  CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Action for Declaratory Judgment. 28 U.S.C. §1332, 28 U.S.C. § 2201, 28 U.S.C. §2202
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII.  REQUESTED IN
COMPLAINT:**     ☐  CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23
**DEMAND $** Excess of $75,000    CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

DATE                                                        SIGNATURE OF ATTORNEY OF RECORD

8/4/23                        /s/ Junaid N. Savani

FOR OFFICE USE ONLY : RECEIPT #          AMOUNT          IFP          JUDGE          MAG JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tevin Esty-Lambert
2300 SW 50th Terrace
Plantation, FL 33317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Darrius Colbert, Jr.
1700 NW 15th Avenue
Fort Lauderdale, FL 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kahlil Clark
6850 Landings Drive, Apt. 203
Lauderhill, FL 33319

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY | ) <br> ) <br> ) <br> ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| R.I.C., INC., et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Danecka Smith
13004 Alexandria Drive, Apt. W207
Opa Locka, FLorida 33054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY<br><br>————————————————————<br>*Plaintiff(s)*<br>v.<br>R.I.C., INC., et. al.<br><br>————————————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexis Vallon
10711 SW 236 Terrace
Homestead, FL 33032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ————————————————     ————————————————————————
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY<br><br>_____<br>*Plaintiff(s)*<br>v.<br>R.I.C., INC., et. al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tammie Anderson
141 NE 214 Street
Miami, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. |
| R.I.C., INC., et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ahmad Forbes
320 NW 204 Terrace
Miami, FL 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Twanise Frager
18700 NW 27th Avenue, #204
Miami, FL 33056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                         _____
                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Darrell Green
8813 N. Crescent Drive
Miramar, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amani Fisher
733 Rich Drive, #101
Deerfield, FL 33441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. |
| R.I.C., INC., et. al. | ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marquis Buckner
4250 NW 196th Street
Miami Gardens, FL 33055


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  R.I.C., Inc.
c/o Daniel Hernandez, Registered Agent
8004 NW 154 Street, #386
Miami Lakes, FL 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| R.I.C., INC., et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dennis B. Allen
6060 NW 186th Street, Apt. 102
Hialeah, FL 33015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY<br><br>_____<br>*Plaintiff(s)*<br>v.<br>R.I.C., INC., et. al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles T. Hampton
8200 SW 25th Court
Miramar, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| R.I.C., INC., et. al. | ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Yalonda Ventura
208 NW 80th Avenue
Margate, FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| R.I.C., INC., et. al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ka'Dedra Thomas
1420 NW 44th Street
Miami, FL 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY _____ *Plaintiff(s)* v. R.I.C., INC., et. al. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frank Williams
206 NW 5th Avenue
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| R.I.C., INC., et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cireh Collins
2430 Montego Drive
Miramar, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY ⟩⟩⟩⟩ | |

<table>
<tr><td>JAMES RIVER INSURANCE COMPANY</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>_____<br><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No.</td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td>R.I.C., INC., et. al.</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>_____<br><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jordan K. White
2001 Atlantic Shores Blvd., Apt. 409
Hallandale Beach, FL 33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| R.I.C., INC., et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Charlene M. Peterson
12210 NW 17th Court
Miami, FL 33167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric A. Hiller, Esq. and Junaid N. Savani, Esq.
Kennedys CMK LLP
1111 Brickell Avenue, Suite 1300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*