UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22907-BLOOM/Torres

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,

v.

R.I.C., INC., AMANI FISHER, DARRELL GREEN, TWANISE FRAGER, AHMAD FORBES, TAMMIE ANDERSON and ALEXIS VALLON, as Co-Personal Representatives of the Estate of Clayton L. Dillard, III, DANECKA SMITH, as Parent and Natural Guardian of K.S., KAHLIL CLARK, DARRIUS COLBERT, Jr., TEVIN ESTY-LAMBERT, CHARLENE MICHELLE PETERSON, as Personal Representative of the Estate of Shaniqua Peterson, JORDAN KENNETH WHITE, CIREH CA'XIAIRA-SHANNEROLY COLLINS, FRANK WILLIAMS, KA'DEDRA THOMAS, YALONDA VENTURA, as Personal Representative of the Estate of Desmond Eugene Owens, CHARLES TYQUAN HAMPTON, DENNIS BERNARD ALLEN, Jr., and MARQUIS BUCKNER,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to this Court's Order **GRANTING** Plaintiff James Republic Insurance Company's Motion for Default Judgment, **ECF [154]**, the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment is entered in favor of Plaintiff.

2. The Clerk of Court shall **CLOSE** this case.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 23, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record